UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

ELLEN J. SHOOK,

                                                           **Plaintiff,**

-against-                                                      1:12-CV-185

COMMISSIONER OF SOCIAL SECURITY,

                                                           **Defendant.**

---

**THOMAS J. McAVOY**
**Senior United States District Judge**

## DECISION & ORDER

This matter, brought pursuant to 42 U.S.C. §§ 405(g) and 1383(c)(3), was referred to the Hon. Victor E. Bianchini, United States Magistrate Judge, for a Report-Recommendation pursuant to 28 U.S.C. § 636(b) and Rule 72.3(d) of the Local Rules of the Northern District of New York. No objections to the January 25, 2013, Report-Recommendation have been raised. After examining the record, this Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice. Accordingly, this Court adopts the Report-Recommendation for the reasons stated therein.

It is therefore ORDERED that the Commissioner's decision denying disability benefits be AFFIRMED.

**IT IS SO ORDERED.**

Dated: March 22, 2013

_/s/ Thomas J. McAvoy_
Thomas J. McAvoy
Senior, U.S. District Judge