# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**ELLEN J. SHOOK**,

    Plaintiff,

vs.                                           **CASE NUMBER: 1:12-CV-0185**

**COMMISSIONER OF SOCIAL SECURITY**,

    Defendant.

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Report-Recommendation of the Hon. Victor E. Bianchini, United States Magistrate Judge, is adopted; and the Commissioner's decision denying disability benefits is affirmed;

All of the above pursuant to the order of the Honorable Judge THOMAS J. McAVOY, Senior United States District Judge, dated the 22nd day of March, 2013.

DATED: March 25, 2013

*[Signature]*
Clerk of Court

*[Signature]*
Christine Mergenthaler
Deputy Clerk

entered and served
3/25/13 by cm