# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**ELLEN J. SHOOK**,

    Plaintiff,

vs.                             **CASE NUMBER: 1:12-CV-0185**

**COMMISSIONER OF SOCIAL SECURITY**,

    Defendant.

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Report-Recommendation of the Hon. Victor E. Bianchini, United States Magistrate Judge, is adopted; and the Commissioner's decision denying disability benefits is affirmed;

All of the above pursuant to the order of the Honorable Judge THOMAS J. McAVOY, Senior United States District Judge, dated the 22nd day of March, 2013.

DATED: March 25, 2013

                                                      Clerk of Court

                                                      Christine Mergenthaler
                                                      Deputy Clerk

entered and served
3/25/13 by cm